```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 00109
   ALVIN TAYLOR
   GLENDA E TAYLOR                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8063     SSN XXX-XX-1436

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/03/2005 and was confirmed 03/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/09/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED          6405.00           555.10       5591.50
DRIVE FINANCIAL SERVICES  UNSECURED        NOT FILED            .00           .00
BANK OF NEW YORK          CURRENT MORTG         .00             .00           .00
BANK OF NEW YORK          MORTGAGE ARRE    4500.00              .00       3974.93
VILLAGE OF ROBBINS        UNSECURED         878.72              .00         87.87
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED            .00           .00
ACTIVITY COLLECTION SERV  UNSECURED         237.98              .00           .00
AMERICAN COLLECTION SYST  UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK          FILED LATE       1597.15              .00           .00
CB USA INC                UNSECURED         192.70              .00           .00
CDA PONTIAC               UNSECURED        NOT FILED            .00           .00
ASSET ACCEPTANCE CORP     UNSECURED         331.24              .00           .00
IL DEPT OF HEALTHCARE &   UNSECURED       19150.84              .00           .00
IL DEPT OF HEALTHCARE &   UNSECURED            .00              .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         602.85              .00           .00
B-LINE LLC                UNSECURED         999.77              .00           .00
GENESIS FINANCIAL SOLUTI  UNSECURED        NOT FILED            .00           .00
TCF NATIONAL BANK         UNSECURED         158.50              .00           .00
IC SYSTEMS                NOTICE ONLY      NOT FILED            .00           .00
IC SYSTEMS                NOTICE ONLY      NOT FILED            .00           .00
IC SYSTEMS                UNSECURED        NOT FILED            .00           .00
I C COLLECTION SERVICE    UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00           .00
NCM TRUST                 FILED LATE        650.78              .00           .00
LOYOLA UNIVERSITY         UNSECURED        NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED            .00           .00
```

```
JEFFERSON CAPITAL SYSTEM  UNSECURED        1486.51                .00            .00
US DEPT OF EDUCATION      UNSECURED      NOT FILED                .00            .00
NICOR GAS                 FILED LATE        688.83                .00            .00
OXFORD COLLECTION SERVIC  UNSECURED      NOT FILED                .00            .00
PROVIDIAN                 UNSECURED      NOT FILED                .00            .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED                .00            .00
RMI                       UNSECURED      NOT FILED                .00            .00
JRS I INC                 UNSECURED        2961.54                .00            .00
US DEPT OF EDUCATION      UNSECURED        3814.07                .00            .00
UNION CR NB               UNSECURED      NOT FILED                .00            .00
MCSI                      UNSECURED        1000.00                .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     210.00                .00         210.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,200.00                           2,200.00
TOM VAUGHN                TRUSTEE                                              655.60
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:
```
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 13,275.00

PRIORITY                                         210.00
SECURED                                        9,566.43
    INTEREST                                     555.10
UNSECURED                                         87.87
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             655.60
DEBTOR REFUND                                       .00
                        ---------------      ---------------
TOTALS                  13,275.00             13,275.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 12/05/07                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 05 B 00109 ALVIN TAYLOR & GLENDA E TAYLOR